UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KAREN M. HODGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-CV-230 |
| ) | (CAMPBELL/SHIRLEY) |
| v. ) | |
| ) | |
| TETON TRANSPORTATION, INC., and ) | |
| CELADON TRUCKING SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court are Celadon Trucking Services, Inc.'s Motion for Continuance [Doc. 188] and Teton Transportation, Inc.'s Motion Concerning Pretrial Order [Doc. 193]. The parties appeared before the undersigned telephonically on October 1, 2013, to address these motions.

For the reasons more fully stated on the record, the Court finds:

1. The Motion Concerning the Pretrial Order **[Doc. 193]** is well-taken, and it is **GRANTED**. Teton has shown good cause for the Court not to enter the proposed pretrial order, which was presented as having been agreed upon when, in fact, it was not entirely agreed upon by counsel for all parties. The parties **SHALL CONFER** and **SHALL FILE** a revised, proposed pretrial order on or before **October 8, 2013**.

2. The Motion for Continuance **[Doc. 188]** is not well-taken, and it is **DENIED**. The Court finds that the discovery sought by Celadon can be completed before this case proceeds to trial on October 29, 2013, and therefore, the need for this discovery does not support a continuation of this four-year-old case. The parties are **ORDERED** to cooperate in

completing this discovery. More specifically, Teton is **ORDERED** to produce the relevant financial documents relating to **September 22, 2008,** and **February 27, 2012**, on or before **October 11, 2013**, and Teton is **ORDERED** to produce a corporate representative for a Rule 30(b)(6) deposition during **the week of October 14, 2013**, preferably on October 15 or 16. This deposition will not exceed **four (4) hours** in length.

3. This case will proceed to trial at **9:00 a.m. on October 29, 2013**. The parties are to prepare accordingly, and as previously scheduled, the parties will appear for a telephonic pretrial conference before the District Judge on **October 15, 2013, at 1:30 p.m.**

**IT IS SO ORDERED.**

                                      ENTER:

                                      <u>s/ C. Clifford Shirley, Jr.</u>
                                      United States Magistrate Judge